UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAREEM NISBETT, Individually and on behalf of all other persons similarly situated,

        Plaintiff,

-against-

HALODINE LLC,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/14/2021_

21 Civ. 2274 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On March 23, 2021, the Court ordered the parties to submit a joint letter and proposed case management plan by May 13, 2021. ECF No. 7 ¶¶ 4–5. That submission is now overdue. Accordingly, the parties shall submit their joint letter and proposed case management plan by **12:00 p.m.** on **May 17, 2021**.

    SO ORDERED.

Dated: May 14, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge