UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAREEM NISBETT, Individually and on behalf of all other persons similarly situated,

                    Plaintiff,

-against-

HALODINE LLC,

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/2021

21 Civ. 2274 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      Defendant has filed a petition for relief under Chapter 7 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware. ECF No. 19. Accordingly, the case is STAYED pending resolution of that matter. 11 U.S.C. § 362.

      Any party seeking to continue these proceedings should apply to the Bankruptcy Court for an order clarifying any applicability of the automatic stay and/or for relief from the stay. *See* 11 U.S.C. § 362(d). The parties shall jointly file with the Court a written report of the status of this action every three months, with the first such filing no later than **October 15, 2021**.

      SO ORDERED.

Dated: July 15, 2021
       New York, New York

                                          ANALISA TORRES
                                    United States District Judge